UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| LESTER THOMAS #129590 | CIVIL ACTION NO. 3:07CV569 |
| VERSUS | JUDGE JAMES |
| ALVIN JONES | MAGISTRATE JUDGE HAYES |

### ORDER

On 3/26/07, a complaint was filed by the plaintiff. On 3/28/07, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to submit a signed certificate regarding the prison account   Mover has failed to take the required action in accordance with the memorandum order. Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on 3/26/07, be, and hereby is, stricken from the record.

THUS DONE May 21, 2007, Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE